ENVIRONMENTAL SAFETY AND CONTROL CORPORATION, Appellant, v BOARD OF EDUCATION OF CAMDEN CENTRAL SCHOOL DISTRICT, Respondent. (Appeal No. 2.)

Because the School District architects never certified plaintiff's application for payment as required by the contract, Supreme Court properly denied plaintiff's motion for summary judgment for the retainage. (Appeal from Order of Supreme Court, Oneida County, Shaheen, J.—Summary Judgment.) Present—Callahan, J. P., Doerr, Green, Balio and Lawton, JJ.